83,807-01

ABEL ACOSTA - CLERK
COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TX 78711

OCT. 9, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 14 2015
Abel Acosta, Clerk

RE: PERRY SMART #1842337
    EASTHAM UNIT
    2665 PRISON RD #1        # WR-83,807-01
    LOVELADY, TX 75851

DEAR CLERK,

I AM WRITING YOU TO REQUEST A COPY OF THE COURT DOCKET SHEET FROM THE COURT OF CRIMINAL APPEALS LISTING MY EXHIBITS AND GROUNDS TO WR-83,807-01 ..... TR. CT. NO. W12-56097-P(A) WOULD YOU PLEASE FORWARD THIS INFORMATION TO MY APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS COURT DOCKET SHEET.

    THANK YOU FOR YOUR TIME AND CONSIDERATION.

EXHIBITS CONTAINED IN
MEMORANDUM OF LAW IN
SUPPORT OF 11.07

"RESPECTFULLY"
Perry Smart

HOBBY